Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 19, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 19, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00012-CV

____________

 

IN RE ANH NGUYEN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 9, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52.  In her petition, relator
sought to have this court direct the Honorable Reece Rondon,
presiding judge of the 234th District Court, to grant her motion to compel
discovery.  Relator
also filed a motion for emergency relief asking that we stay all proceedings in
the trial court until this petition has been
determined.  See Tex. R. App. P. 52.10.

Relator has not established that she is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus and
motion for emergency relief. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 19, 2006.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.